1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00407 MAG |
| Plaintiff, ) | [PROPOSED] ORDER FOR SUMMONS |
| v. ) | |
| DONNA GAINES, ) | |
| Defendant. ) | |

Having reviewed the Declaration of Matthew DellaBetta, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Donna Gaines, to appear on June 10, 2010 at 10:00 a.m. before Magistrate Judge ~~Donna Ryu~~ Laurel Beeler to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: May 26, 2010

LAUREL BEELER
United States Magistrate Judge

[PROPOSED] ORDER FOR SUMMONS
CR 10-00407 MAG                -1-