1  JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2
MAUREEN BESSETTE (NYSBN 2468254)

3  Chief, Oakland Branch

4  WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

5
MATTHEW DELLABETTA

6  Law Clerk

7  1301 Clay Street, Suite 340S
Oakland, CA 94612

8  Telephone:  (510) 637-3737
Fax:  (510) 637-3724

9  Email: matthew.dellabetta@usdoj.gov

10  Attorneys for the United States of America

11
UNITED STATES DISTRICT COURT

12
NORTHERN DISTRICT OF CALIFORNIA

13
OAKLAND DIVISION

14

15  UNITED STATES OF AMERICA,        )        No. CR 10-00407 MAG
                                     )
16        Plaintiff,                 )        [PROPOSED] ORDER EXCLUDING
                                     )        TIME UNDER THE SPEEDY TRIAL
17     v.                            )        ACT
                                     )
18  DONNA GAINES,                    )
                                     )        Date:  August 5, 2010
19        Defendant.                 )        Time: 11:00 a.m.
                                     )        Court: Hon. Laurel Beeler
20  _____)

21

22       At the request of the government, and with the agreement of defense counsel, the Court

23  hereby orders time excluded under the Speedy Trial Act from August 5, 2010 to September 8,

24  2010 for effective preparation of defense counsel.  Defense counsel requires time to conduct

25  further investigation and to review discovery related to the case.  The Court finds that the ends of

26  justice served by granting the continuance outweigh the best interest of the public and the

27  defendant in a speedy and public trial, and the failure to grant the requested continuance would

28  unreasonably deny the defendant the reasonable time necessary for effective preparation, taking

[PROPOSED] ORDER EXCLUDING TIME
CR 10-00407 MAG

1  into account the exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

2  CONCLUSION

3        Time is excluded under the Speedy Trial Act from August 5, 2010 to September 8, 2010.

4  IT IS SO ORDERED.

5

6  DATED: August 10, 2010

7  _____
   LAUREL BEELER

8  United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER EXCLUDING TIME
CR 10-00407 MAG