BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant DONNA GAINES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10 00407 LB |
| ) Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| vs. ) | ORDER CONTINUING STATUS |
| ) | CONFERENCE |
| DONNA GAINES, ) | |
| ) Defendant. ) | |
| _____ ) | |

   Donna Gaines presently is scheduled to appear before the Court for a status conference on September 8, 2010. The defense continues to review discovery provided by the government, and is attempting to locate a witness and retrieve records in aid of Ms. Gaines's defense.

   For these reasons, IT IS STIPULATED AND AGREED that the status conference be continued to September 30, 2010, and that time under the Speedy Trial Act be excluded for effective preparation of Ms. Gaines's defense, taking into account the exercise of due diligence.

   SO STIPULATED.

STIP/ORD                                         1

| | |
|---|---|
| Dated: September 7, 2010 | /S/ _____<br>JEROME E. MATTHEWS<br>Assistant Federal Public Defender |
| Dated: September 7, 2010 | /S/ _____<br>WADE RHYNE<br>Assistant United States Attorney |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.    /S/ JEROME E. MATTHEWS

Good cause appearing therefor, IT IS ORDERED that the status conference in this matter, presently set for September 8, 2010, be continued to September 30, 2010, and that time under the Speedy Trial Act be excluded for effective preparation of Ms. Gaines's defense, taking into account the exercise of due diligence. The Court finds that the ends of justice outweighs the best interest of the parties in a speedy trial.

Dated: September 8, 2010                                    _____
                                                                              LAUREL BEELER
                                                                              United States Magistrate Judge

STIP/ORD                                                      2