MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE  (CABN 216799)
Assistant United States Attorney

SEAN R. MCTIGUE
Law Clerk

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724)
   E-Mail: wade.rhyne@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | No. CR-10-00407 MAG |
| )  | |
| Plaintiff,           ) | [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM SEPTEMBER 30, 2010 TO OCTOBER 21, 2010 |
| )  | |
| v.           ) | |
| )  | |
| DONNA GAINES,           ) | |
| )  | Date:     September 30, 2010 |
| Defendant.           ) | Time:     10:45 a.m. |
| )  | Court:    Hon. Laurel Beeler |

The defendant, Donna Gaines, represented by Assistant Federal Public Defender Jerome Matthews, and the United States, represented by Wade M. Rhyne, Assistant United States Attorney, and Sean McTigue, Law Clerk, appeared before United States Magistrate Laurel Beeler on September 30, 2010, for a status hearing in the above-entitled matter.  Defense counsel represented that he was further investigating the case, and planned to produce the results of the investigation as discovery for the United States.  The parties agreed that counsel for the Defendant would need additional time to conduct this investigation and that both parties would

[PROPOSED] ORDER
No. CR-10-00407 MAG

1  need more time to prepare the case for disposition.  The parties further agreed that the case was
2  likely to resolve pursuant to a negotiated disposition.  On that basis, the parties requested that the
3  matter be continued to October 21, 2010.  The parties jointly requested that time be excluded
4  under the Speedy Trial Act between September 30, 2010 and October 21, 2010.

5        Based upon the representation of counsel and for good cause shown, the Court finds that
6  failing to exclude the time between September 30, 2010 and October 21, 2010 would
7  unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable
8  time necessary for effective preparation, taking into account the exercise of due diligence.  18
9  U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding
10 the time between September 30, 2010 and October 21, 2010 from computation under the Speedy
11 Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C.
12 § 3161(h)(7)(A).  Therefore, IT IS HEREBY ORDERED that the time between September 30,
13 2010 and October 21, 2010 shall be excluded from computation under the Speedy Trial Act.  18
14 U.S.C. § 3161(h)(7)(A) and (B)(iv).

16 DATED: October 4, 2010

                              LAUREL BEELER
17                               United States Magistrate Judge