1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  J. DOUGLAS WILSON (DCBN 412811)
   Acting Criminal Chief

4  WADE M. RHYNE  (CABN 216799)
   Assistant United States Attorney

5
       1301 Clay Street, Suite 340S
6      Oakland, CA 94612
       Telephone: (510) 637-3680
7      Fax: (510) 637-3724)
       E-Mail: wade.rhyne@usdoj.gov

8  SEAN R. McTIGUIE
9  Law Clerk

10 Attorneys for Plaintiff

11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                          OAKLAND DIVISION
14

15 UNITED STATES OF AMERICA,         )   No. CR-10-00407 LB
                                     )
16       Plaintiff,                  )
                                     )   [PROPOSED] ORDER TO EXCLUDE
17    v.                             )   TIME UNDER THE SPEEDY TRIAL ACT
                                     )   FROM OCTOBER 21, 2010 TO
18 DONNA GAINES                      )   NOVEMBER 17, 2010
                                     )
19       Defendant.                  )
                                     )   Date:    October 21, 2010
20 _____    )   Time:    9:30 a.m.
                                         Court:   Hon. Laurel Beeler
21

22

23       The defendant, Donna Gaines, represented by Assistant Federal Public Defender

24 Jerome Matthews, and the United States, represented by Wade M. Rhyne, Assistant United

25 States Attorney, and Sean R. McTigue, Law Clerk, appeared before United States Magistrate

26 Judge Laurel Beeler on October 21, 2010, for a status hearing in the above-entitled matter.

27 Defense counsel represented that he needed additional time to conduct further investigation.  The

28 parties also agreed that they would need additional time to reach an anticipated pre-trial

[PROPOSED] ORDER
No. CR-10-00407 LB

1  resolution of the matter.  On that basis, the parties jointly requested that the matter be continued
2  to November 17, 2010 for change of plea, and that time be excluded under the Speedy Trial Act
3  between October 21, 2010 and November 17, 2010.
4       Based upon the representation of counsel and for good cause shown, the Court finds that
5  failing to exclude the time between October 21, 2010 and November 17, 2010 would
6  unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable
7  time necessary for effective preparation, taking into account the exercise of due diligence.  18
8  U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding
9  the time between October 21, 2010 and November 17, 2010 from computation under the Speedy
10 Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C.
11 § 3161(h)(7)(A).  Therefore, IT IS HEREBY ORDERED that the time between October 21,
12 2010 and November 17, 2010 shall be excluded from computation under the Speedy Trial Act.
13 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

15 DATED: November 12, 2010

                                                 LAUREL BEELER
                                                 United States Magistrate Judge