MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail:     wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-10-00407 LB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATED REQUEST AND PROPOSED ORDER TO CONTINUE SENTENCING HEARING |
| v. | ) ) | |
| DONNA GAINES, | ) ) | Date:  June 21, 2011<br>Time:  10:00 a.m. |
| Defendant. | ) ) | Court: Hon. Laurel Beeler |
| | ) | |

     Defendant Donna Gaines is currently set to appear before this Court on May 26, 2011 for sentencing. Counsel for Defendant and the government require additional time to prepare for sentencing. Additionally, counsel requires additional time to conduct investigation into matters that may be relevant to sentencing. On that basis, the parties jointly request that this

///

///

///

///

///

///

STIP. AND [PROPOSED] ORDER
TO CONTINUE SENTENCING HEARING
No. CR-10-00407 LB

1  Court continue the matter to June 21, 2011 at 10:00 a.m. for sentencing.

2  DATED: May 12, 2011

_____  /S/
_____
WADE M. RHYNE                              JEROME MATTHEWS
Assistant United States Attorney           Counsel for Defendant


I hereby attest that I have authorization to file this document on behalf of those individuals whose signatures are indicated by a "conformed" signature (/S/) within this e-filed document.

STIP. AND [PROPOSED] ORDER
TO CONTINUE SENTENCING HEARING
No. CR-10-00407 LB

|   |   |
|---|---|
| 1 |   |
| 2 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-10-00407 LB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER CONTINUING |
| v. | ) | SENTENCING HEARING |
| | ) | |
| DONNA GAINES, | ) | |
| | ) | Date:   June 21, 2011 |
| Defendant. | ) | Time:   10:00 a.m. |
| | ) | Court:  Hon. Laurel Beeler |
| | ) | |

The parties jointly requested that the sentencing hearing for Defendant Donna Gaines be continued from May 26, 2011 to June 21, 2011 to allow for additional time for both counsel to effectively prepare the case for sentencing, and to allow additional time for counsel for Defendant to conduct investigation into matters that may be relevant to sentencing. For these stated reasons, **IT IS HEREBY ORDERED** that this matter is continued to June 21, 2011 at 9:30 a.m. ~~10:00~~ a.m. before this Court sentencing.

DATED: May 20, 2011

_____
LAUREL BEELER
United States Magistrate Judge

STIP. AND [~~PROPOSED~~] ORDER
TO CONTINUE SENTENCING HEARING
No. CR-10-00407 LB